UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MANDY SARTOR,** | * | **CIVIL ACTION NO. 10-4288** |
| | * | |
| Plaintiff, | * | SECTION "__"(__) |
| | * | |
| **VERSUS** | * | JUDGE _____ |
| | * | |
| **SAFARI CAR WASH, INC.** | * | MAGISTRATE JUDGE _____ |
| | * | |
| Defendant. | * | |
| | * | |

*********************************************

## COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Mandy Sartor, an individual of full age of majority residing in the Parish of Jefferson, State of Louisiana, who respectfully avers the following Complaint for Damages:

**1.**

Made Defendant is Safari Car Wash Inc., a Louisiana corporation incorporated under the laws of the State of Louisiana, with a Principal Business Office in the City of Kenner, Parish of Jefferson, State of Louisiana, and principal places of business in the Parish of Jefferson, State of Louisiana.

**2.**

Venue and jurisdiction are proper in this Court as Plaintiff brings this Complaint under Federal law and was employed by Defendant at its facilities located throughout the Parish of Jefferson.

### DISCRIMINATION AND FMLA FACTUAL ALLEGATIONS

**3.**

Plaintiff began her employment with Defendant in October 2001 as a Cashier.

**4.**

Plaintiff began pregnancy leave on October 19, 2009 and gave birth to her child on October 20, 2009.

**5.**

Plaintiff anticipated returning to work on or about November 30, 2009.

**6.**

During November 2009, Defendant called Plaintiff to check-in with her leave status and asked if she would be returning earlier then her anticipated date of November 30, 2009.

**7.**

On November 23, 2009, Defendant's Manager Donald Montrial called Plaintiff and involuntarily discharged her from her employment with Defendant.

## **W**AGE **C**LAIM **F**ACTUAL **A**LLEGATIONS

**8.**

At all times during her employment, Defendant failed to pay Plaintiff for hours worked between the hours of 7:15 a.m. and 7:45 a.m.

**9.**

Specifically, Plaintiff, when scheduled to work the a.m. shift, would arrive at the workplace at 7:15 a.m. and "open" the store.

**10.**

Despite arriving at work at 7:15 a.m. and beginning work, Plaintiff was not permitted to "clock-in" until 7:45 a.m., and was not paid for her work-time from 7:15 a.m. to 7:45 a.m.

**11.**

Plaintiff requested her Notice of Right to Sue from the Equal Employment Opportunity Commission, after passage of the requisite time period, for which Plaintiff now timely brings her lawsuit to enforce her rights and privileges afforded under:

  a. Title VII of the Civil Rights Act of 1964, as amended;
  b. The Pregnancy Discrimination Act of 1978;
  c. Family and Medical Leave Act of 1993;
  d. Louisiana Employment Discrimination Statutes, La. R.S. § 23:302 *et. seq.*, including Louisiana Pregnancy Leave Statutes, La. R.S. § 23:341 *et. seq.*;
  e. Fair Labor and Standards Act of 1938, as amended; and
  f. Any other federal or state laws of a relevant or related nature, as well as any claims under equity.

<u>**JURY DEMAND**</u>

**12.**

Plaintiff requests a trial by jury.

<u>**PRAYER**</u>

WHEREFORE, Plaintiff Mandy Sartor prays after proper proceedings occur that this Court find in favor of Plaintiff and against Defendant and issue judgment against Defendant and in favor of Plaintiff, as well as issue any and all liability and damages available under any laws, regulations, and/or Civilian traditions to Plaintiff, as well as any equitable relief or remedies available, attorneys' fees and court costs.

    Respectfully submitted,

s/ *[signature]*

Bryce G. Murray, T.A., La. Bar No. 28968
**BRYCE G. MURRAY, ATTORNEY · NOTARY, APLC**
3005 Harvard Avenue, Suite 100
Metairie, Louisiana 70006
(504) 383-3246 / (504) 455-3000
bryce@brycemurray.com

**ATTORNEYS FOR PLAINTIFF**
   **MANDY SARTOR**