UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MANDY SARTOR,** | * | CIVIL ACTION NO. 10-4288 |
| | * | |
| Plaintiff, | * | SECTION "F"(4) |
| | * | |
| **VERSUS** | * | JUDGE FELDMAN |
| | * | |
| **SAFARI CAR WASH, INC.** | * | MAGISTRATE JUDGE |
| | * | ROBY |
| | * | |
| Defendant. | * | |
| | * | |

*********************************************

## ORDER

Considering the above and foregoing *ex parte* Motion to Dismiss without Prejudice Defendant Safari Car Wash, Inc.:

IT IS HEREBY ORDERED that the Motion to Dismiss without Prejudice is granted and Defendant Safari Car Wash, Inc. is hereby dismissed without prejudice with each party to bear their own costs.

New Orleans, Louisiana this __8th__ day of February, 2011.

_____
United States Magistrate Judge

1