UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MANDY SARTOR,** | * | **CIVIL ACTION NO. 10-4288** |
| | * | |
| Plaintiff, | * | **SECTION "F"(4)** |
| | * | |
| **VERSUS** | * | **JUDGE FELDMAN** |
| | * | |
| **SAFARI CAR WASH, INC.** | * | **MAGISTRATE JUDGE ROBY** |
| | * | |
| Defendant. | * | |
| | * | |

*********************************************

### *EX PARTE* CONSENT MOTION TO DISMISS WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST ALL NAMED DEFENDANTS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Mandy Sartor, and files this *ex parte* Consent Motion to Dismiss with Prejudice Plaintiff's Complaint for Damages against Defendants Alien Car Wash LLC and Safari Car Wash Inc.

Having resolved Plaintiff's issues in this matter as to all named Defendants, Plaintiff seeks this Court enter an order dismissing her action, in its entirety, with prejudice.

Plaintiff has consulted with Defendants who do not oppose the filing of this *ex parte* motion to dismiss this Complaint, all parties to bare their own legal and court costs.

WHEREFORE, Plaintiff, Mandy Sartor, prays this Court dismiss with prejudice her Complaint for Damages against Alien Car Wash LLC, and Safari Car Wash, Inc., all parties to bare their own legal and court costs.

**Certificate of Service**

I hereby certify that a copy of the foregoing Motion has been served on all counsel of record via this Court's CM/ECF system.

_____
Bryce G. Murray

Respectfully submitted,

_____
Bryce G. Murray, T.A., La. Bar No. 28968
**BRYCE G. MURRAY, ATTORNEY · NOTARY, LLC**
3005 Harvard Avenue, Suite 100
Metairie, Louisiana 70006
(504) 383-3246 / (504) 455-3000
bryce@brycemurray.com

**ATTORNEYS FOR PLAINTIFF MANDY SARTOR**

2