UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MANDY SARTOR,** | * | CIVIL ACTION NO. 10-4288 |
| | * | |
| Plaintiff, | * | SECTION "F"(4) |
| | * | |
| **VERSUS** | * | JUDGE FELDMAN |
| | * | |
| **SAFARI CAR WASH, INC.** | * | MAGISTRATE JUDGE |
| | * | ROBY |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing *ex parte* Motion to Dismiss with Prejudice Plaintiff's Complaint for Damages against Defendants Alien Car Wash, LLC and Safari Car Wash, Inc.;

IT IS HEREBY ORDERED that the Motion to Dismiss with Prejudice is granted and Defendants Alien Car Wash, LLC and Safari Car Wash, Inc. is hereby dismissed with prejudice with each party to bear their own costs.

New Orleans, Louisiana this __5th__ day of October, 2011.

_____
US District Court Judge